452 A.2d 69

Middleton, Appellant v. Univ. of Pa. Graduate Hospital.
Petition for Allowance of Appeal Denied Feb. 15, 1983.

Argued January 19, 1982.
Robert B. B. Schatz, for appellant;  Charles T. Roessing, for appellee.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Order affirmed.

452 A.2d 69

Petrini, Appellant v. Chrusciel, Jr.

Argued January 26, 1982.  Thomas M. Holmes, for appellant;  Lucille Marsh, for appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment affirmed.